853 F.2d 283
 129 L.R.R.M. (BNA) 2200, 109 Lab.Cas. P 10,693
 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS,
WAREHOUSEMEN AND HELPERS OF AMERICA-AIRLINE
DIVISION and Teamsters Local 19,
Plaintiffs-Appellees,
v.
SOUTHWEST AIRLINES COMPANY, Defendant-Appellant.
 No. 87-1085.
 United States Court of Appeals,
Fifth Circuit.
 Aug. 9, 1988.
 
 J. Joe Harris, San Antonio, Tex., for defendant-appellant.
 James L. Hicks, Jr., Hal K. Gillespie, Dallas, Tex., Wilma B. Liebman, Washington, D.C., for plaintiffs-appellees.
 Appeal from the United States District Court for the Northern District of Texas; Jerry L. Buchmeyer, Judge.
 ON SUGGESTION FOR REHEARING EN BANC
 (Opinion April 21, 5 Cir., 1988, 842 F.2d 794)
 Before CLARK, Chief Judge, GEE, RUBIN, REAVLEY, POLITZ, KING, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS, JONES, and SMITH, Circuit Judges.
 
 BY THE COURT:
 
 1
 A member of the Court in active service having requested a poll on the suggestion for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.